171 A.3d 198

IN THE MATTER OF JAIME MERRICK KAIGH, AN ATTORNEY AT LAW (ATTORNEY NO. 027271983)

D–121 Sept.Term 2016
079180

October 5, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–282, concluding that **JAIME MERRICK**

KAIGH of WESTMONT, who was admitted to the bar of this State in 1983, should be reprimanded for violating RPC 1.3 (lack of diligence), RPC 1.4(b)(failure to keep a client reasonably informed about the status of the matter or to promptly reply to reasonable requests for information), and RPC 8.1(b)(failure to respond to a lawful demand for information from a disciplinary authority), and good cause appearing;

It is ORDERED that **JAIME MERRICK KAIGH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.